PO-228-15

Court of Criminal Appeals                                    4/21/015
    of Texas
P.o. Box 12308 Calitol
Station Austin Tx 78711

                                    honorable Abel Acosta
                                              Clerk


me honrra escribirle a lo que Consirne y
Considerando esta holortunidad. para Pedirle
Permiso Por esta Carta y dis Pensandome
que esta escrita en es Pañol y Tamvien
Comfirmandole que Resivi el Correo. Yo
me encuentro aGradesido Por su Comprencion
Con el Respeto que le Tenbo Yo estaré
Co Perando a su dis Posicion Cual quier PreGunta
o decicion que este dis Ponible Referente
            A la Causa

RECEIVED IN
COURT OF CRIMINAL APPEALS
APR 28 2015
Abel Acosta, Clerk

Ejerciendo la Peticion                                    4/21/015
    y  Presentandola

                    DR. Carolyn Fruthaler
                or her successor, chief disease
                Control and medical
                Epidemiology DCME
                harris County Public health


le Comfismo que le emvie una Carta a la
doctora Carolyn Fruthaler la Fecha 4/9/15
Refiriendome al diamostico Poesentado en el
Juisio del supuesto documento. y asi esperando
una explicacion condudente. a lo Relativo
Pera A Trasncurrido el Tiempo. No he
            Besivido Respuesta alguna

Peticiones con derecho 4/21/015
que Corresponden

Considerando que la misma peticion se la
presente al estimado abogado. Ricardo N
Gonzalez que me diera la hoportunidad
de una entrevista en privado con los
medicos de Harris County el abogado
me dio su aclaracion por Negacion en
Repetidas ocaciones

estimada senorita
Jani maselli
defensora publica
de harris County

Yo le presente la peticion que si ella
me dava la hoportunidad de una entrevista
con los medicos de Ramsey 1 unit para
dialogar a lo Relacionado al dianostico
y el Record medico en Jeneral no he
Tenido Respuestas a la peticion

Yo Comprendo que la estimada senorita
Jani maselli Tiene otros Compromisos mas
importantes

Peticion Consedida                                    4/21/015

                                    honorable Juez Ryan Patrick
                                    177 district Court


Comfirmacion y Peticion


en las ocaciones que me presente en la
Corte honorable Juez Ryan Patrick el me
dio la aclaracion que la Corte no me
encontro culpable. y que el estado Tenia
unos herrores pero que los estava modificado
y que yo siGuiera dialoGando con el
aboGado Ricardo Gonzalez y el aclaro
que si yo Tenia unas preGuntas que podia
aserlas. yo le dite que Tenia dos Peticiones
que avia echo una carta para que me
Camviara al aboGado Ricardo Gonzalez
el honorable Juez Ryan Patrick el dijo
que esa Peticion no me la iva conseder
por que conosia al aboGado desde Tiemlos
que el sabia como Pelar los casos. y el
seGundo Peticion el discovery de Evidencia
el honorable Juez Ryan Patrick el aclaro
que esa Peticion si me la consedia
y yo lo TenGo em mi Poder

honorable          Abel Acosta          4/21/015
                    Clerk


le sugiero disculpas Nuevamente
por el Tiempo que va escuchar
Comfirmaciones y Peticiones que
algunas No Fueron Conssedidas y
testimonios variables ala Causa
No Evidencia Contudentes. y
Tamvien Inclullendo el discovery
de Evidencia del estado. solo
Contiene. un Relativo diferente
all exculpatory evidence. Pursuant To
     Bradv. v. mary land. and Related
          Cases
     el siguiente          Relativo
               Gaskin
     or Related Requirement


el estimado abogado Ricardo. N. Gonzalez
el me Presento varias fechas que
Nos Ivamos a Juicio. y al Final
Fueron aplazadas. el abogado No
me dio Comfirmacion Cuales Fueron
     los motivos

honorable     Abel Acosta
                    Clerk

Con el Respeto que se merese me
dispenso.a.usTed. consideraNd en
lo Presente. que usTed. NO.me A
eNviado. NoTiFicacion. Por estas. Cartas
veridicas de EvolucioN de la Causa

deTeme decirle que es mi voluuuTad
y la hoPorTunidad de Aserme Couaser
mi Personalidad y mi AcTiTud
            de EXPrecion



                    Grasian Por su
                    ComPrenCion